

1983
W

7:21-CV-654-KOB-SMB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Eric Dashon Peterson

Inmate Identification Number: #205180

_____

(Enter above the full name of the plaintiff in this action)

vs.

Ms. Raven Brooks
&
Mr. Jonathan Williams

_____

(Enter above full name(s) of the defendant(s) in this action)

> NOTICE TO FILING PARTY
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

I.  Previous lawsuits

  A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )      No (✓)

  B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

          Plaintiff:  "None"

          Defendant(s):  _____

2

2. Court (if Federal Court, name the district; if State Court, name the county) _____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____

7. Approximate date of disposition _____

II. Place of present confinement **Bibb Correctional Facility**

A. Is there a prisoner grievance procedure in this institution?
Yes ( )    No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )    No (✓)

C. If your answer is YES:

1. What steps did you take? _____

_____

2. What was the result? _____

_____

D. If your answer is NO, explain why not: The assualt took place on 2-5-21 no later then 9:25am Friday morning. Both parties named in this suit were present and did nothing in Security creating an Security and Safety hazard -all in Full view of C-Dorms Bay 3 Surviellance Cameras. Therefore I did no grievances, this is my first action taken. And due to both R. Brooks & J. Williams' Failure to act I got assualted twice before any Security intervention came, and I sustained multiple injuries as-well before being Mased by Jonathan Williams befor an third assualt took place.

3

III. Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) _Mr. Eric Dashon Peterson_
_A.I.S #205180_
Address _565 Bibb Lane_
_Brent, AL. 35034   C-3-43-A_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant _Officer Raven Brooks_
Is employed as _Alabama Department Of Corrections_
at _Bibb Correctional Facility_

C. Additional Defendants _Officer Jonathan M. Williams_
_also employed by; Alabama Department Of Corrections_
_at; Bibb Correctional Facility_
_address; 565 Bibb Lane/Brent, Al. 35034_

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

"Please see the following attached sheets for my, "Statement-Of-Claim."

4

# Statement-Of-Claim

I'm requesting Equal Protection as an A.D.O.C J-3. Although an Convicted Felon I still have unalienable rights as an Human Being and resident of The State of Alabama. I'm requesting an investigation into this case by this Northern District and The Federal Government. The negligence of not "1" but two A.D.O.C Officals one Ms. Raven Brooks and one Mr. Jonathan Williams two whom while employed as A.D.O.C Officers' neglected their Sworn-In-Duties to the A.D.O.C and The State-Of-Alabama, and to one J-3 (Myself: Eric Dashon Peterson A.I.S #205180) who was assualted on Feb. 5. 2021 around 9:AM to 9:25 AM twice, before one of the two on cite Officers' Jonathan Williams to be exact acted while Ms. Raven Brooks whom heard the threats made while doing her check still did nothing. And thats with the Knowledge of the fact that I was about to get "Jumped" by Blood Gang Members because during her 15 minute bed check for 8 to 10 of those minutes Usher Trimez B/293447 repeated his threats and he did what he said I was assualted: Punched in the face twice from behind trying to escape Body Harm yet I still sustained injuries Thank God they were not Life Threatening. This is my Statement of the events that Should not have occurred on 2-5-21 because there was Security there in the form of not only One Correctional Officer, But Two!!

One, Officer R. Brooks enters C-Dorms Bay 3 for to conduct an bed roster check on an 80 Bed Assigned Dorm which at that time housed about 95 or so J-3s' some assigned and some not assigned. So alone Officer Brooks enters Bay 3 although there should've <u>be</u>two Officer per J-3-to-Officer Ratio (<u>50-To-60 J-3's to 1 Officer</u>) therefore there should've been two Officers present due to the High Volume of J-3s' to Officers' Ratio there were at least 90 J-3's but only 1 Officer (Female) not A.D.O.C Policy. This is error one one which induced error two, not helping to prevent an altercation when Red Flags and a Bomb has waived its head. Instead of paying attention to an Clear and present Danger where the Officer clearly heard threats of Bodily Harm and Gang words used to confirm gang members it's for real. He also said the reason I'm getting Jumped is because I insulted the female

4 "A"

Officer who had an unauthorized hair styled duo with an 7 or 8 inch Pony Tail, her nails were painted polish blue, her eye lashes had been extended too, and her perfume incarcerated every available nose as inmates wow'ed her an, rebuked me this incited the insurrection that caused me to get jumped and injured by 6 to 8 to 10 J-3s!. J-3 Usher Trimez B729344 makes multiple threats to me for being smart he said Fore when the other J-3s Wow'ed at Officer Brooks' make-over I exclaimed "Elephant In The Room" this then made Trimez state over and over again during the Bed Roster Check that, and I quote "When She leaves (Officer R. Brooks) I'm going to slap the Fuck Out of You!". He said this about 15 times accompanied with jestures of violence. The Officer knew of the threat Fore his threats were made durring her bed check. She does not says anything to change the tide and video footage will show her there threw the entire ordeal and although she was there and First the Second Officer named in this complaint Officer J. Williams acts only after I've been assualted twice and a third about to take place before he pulls and uses his mase Officer R. Brooks still in the Dorm yet rendering no assistance to me or the other Officer who also saw and watched me get assualted twice before acting. She created a security hazard for herself, for me, and for her fellow Officer and the entire Dorm. It's if when her Bed Check was completed that she lingered around waiting on me to be jumped and one J-3 said after I was removed from C-Dorm Bay 3 that the Officer R. Brooks stated that, "She wasn't going to stop it anyway she wanted to see me get my ass beat!" She even followed me to the HCU and there told Cpt. Smith she didn't see nobody jump me or threaten me I then exclaimed to her to be careful for what she says because video surviellance has her there befor and after the assualt as-well-as the fact that she neglected her sworn-in-duties to the inmate population to protect them against more violent inmates, extortion, rape, robbery, and assualt, she did nothing and needs to be cited and charged along with Officer J. Williams who did act, but after allowing me to be attacked twice with the following injuries a bursted Top-&-Bottom lip (Bleeding), Right Nostril (Bleeding) right eye (Red Bloody Flux in it vision Blurred Permenantly...) My left knee was injured (Bleeding), My ribs on my left side

"4 B"

were bruised, my right shoulder sustained injuries and had to be X-rayed along with my Jaw being X-rayed, and my right shin leg area was injured in the assault on 2-5-21 I've been around 10 Murders in the past 3 Years 7 of them occurred at Elmore 2018 to 2019 So I'm Mental Health S.M.I thats Severly Mentally Ill (Paranoia / ByPolar / etc.) So I tryed to avoid being assaulted even scurring around the front of the Dorm by Officer R. Brooks which detoured the Mob of gang members (Bloods) not... I feared for my life especially when I saw a shank knife being given to one of the gang members against me. I'm an Min. Out J-3 with Level II (2) Costody since 9-22-20 at an Level 4 Med. 9 Camp and need proper placement A.S.A.P. as-well-as protection from more violent inmates...

By not doing Her or His Job or duty-of-acting or the duty-to-act I was attacked twice in front of both parties Ms. Raven Brooks and Mr. Jonathan Williams neither interjected to remove me from the Situation an clear-and-present danger. I suffered multiple injuries and received no medical attention after three submitted Sick Calls one copy is attached see Ehribit A from the day of the assualt after getting denied bandages and pain meds. by the nurse durring an Body Chart; Hay requested by Cpt. Smith for records. I would submit two more Sick Calls Unanswered then two grievance and one grievance appeal I was put on sick call 2-24-21- Thats 19 days after the assualt most injuries are well shoulder and ribs still hurt, eye vision still distorted slight limp when I walk from the injuries sustained falling on metal beds and concrete floors. — I was written up For Fighting Without A Weapon and Officer J. Williams said although his name appears as the arresting offical he did not write it. Fore it states I, Eric Peterson was observed Fighting with two J-3's and Sgt. Davis found me guilty but upon video surviellance footage observation Warden II McCovery Disapproved stating from her watch and no word or statements from me she concluded "Defense" of self and upon this Courts Viewing you'll too conclude the same

H "C"

along with the fact that it could've been avoided. At some point Officer Brooks could've spoken and ended the chase; at some point she could've said enough after I was assualted from behind the first time, or the second time I'm assualted from behind but No! Not even after seeing me get attacked knowing the guy said, "<u>On Blood when she leaves I'm going to slap the Fuck Out Of You!</u>" She neglect her Job, she neglected an J-3 in danger of assualt and after two assualts she still acts as if she didn't hear or see anything this puts her in violation of her sworn duties and charges should arise for I was injured in both assualts my eyes receiving the most damage vision blurred permenantly.

 I'm an Non-Violent Offender with Level II (2) Custody Min. Out Security Level II (2) since 9-22-20 awaiting transferr amid the COVID-19 clears. I'm seeking charges against the two parties who neglected their duties and I got hurt. These are the under lying facts pretaining to this This.

Respectfully Sbmitted By:

*Eric Dashon Peterson*

Eric D. Peterson
A.I.S # 205180
C-Dorm Bay 3
Bibb C. F.
565 Bibb Lane
Brent, Al. 35034

4 "D"

**"Exhibit A(1)"**

# Alabama Department of Corrections
## Sick Call Request

**Reason for Sick Call Request:** "Body Hurting From Being Jumped" On Feb 5 2021; I, Eric Peterson was jumped by 8 to 10 'J-35' in C-Dorm Bay 3. I was given an Body Chart by Mrs. Jenkins Nurse Practictioner but no Medical attention. She noted my visible injuries being My Top Lip was Fractured and bleeding but I also Sustain other injuries. I need Medical assistance now for an maybe Fractured nose, hip on left side injured, right Shoulder, left knee (wounded & Bleeding) and my right arm to was also injured in the attack on Me by 10+ J-35 Officer Brooks Present and doing an Bed Roster check.

**Name (print):** Eric Peterson   **AIS #** 205180   **Date of Birth** 11-30-19__

**Institution:** Bibb C.F   **Housing Area:** C-3-66B   **Date:** 2-5-21

**Sick Call Form Collected** by Health Staff: B (initials)  **Title:** KJ  **Date:** 2-10  **Time:** 1230

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter **Not** Required

(1) ____ Referring to Chronic Care Manager
(2) ____ Written Response/Instruction Being Provided

B. _X_ Nurse Sick Call Encounter Required

(1) ____ Bring to HCU at this time for further evaluation
(2) _X_ **Evaluate** in next scheduled Nurse Sick Call Clinic

**Signature/Title:** [signature]   **Date:** 2-10-21

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

2 _X_ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**
~~$4.00~~ – Nurse
~~$4.00~~ – OTC(s); **If Restrictive Housing**-no OTC charge
____ $4.00 – Scheduled but Refused Encounter

(a) _X_ Medical Provider
(b) ____ Dental Clinic
(c) ____ Mental Health Services
(d) ____ Other: _____

**Inmate Name:** [signature Eric Peterson]   **AIS#** 205180   2-5-21

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

4" 5"

*Sick call came after 7:30A-2:00p deadline* "HCU" **Exhibit A(2)**

## Tasks for 02/24/2021

Viewing 69 Tasks

**A1**
1 WULFF, BURTON CHARLES
(County)
Open 10/02/1968 (JMS ID: 00201894)
Location: A1-8A

**A4**
1 RIVERS, MICHAEL ANTHONY
(County)
Open 12/09/1971 (JMS ID: 00188772)
Location: A4-35A

**B1**
1 DAWKINS, CEDRICK LEON
(County)
Open 05/27/1982 (JMS ID: 00222532)
Location: B1-5A

1 DOWDELL, TERRY
(County)
Open 08/16/1979 (JMS ID: 00220883)
Location: B1-43A

**B2**
1 BLOXOM, CYRIL
(County)
Open 10/19/1981 (JMS ID: 00245175)
Location: B2-3A

1 BROWN, KADEEM RYDELL
(County)
Open 12/16/1988 (JMS ID: 00297339)
Location: B2-2A

1 GLOVER, JASON BRADFORD
(County)
Open 12/16/1976 (JMS ID: 00193482)
Location: B2-1B

**B3**
1 BUCKNER, RANDY SCOTT
(County)
Open 05/29/1968 (JMS ID: 00212474)
Location: B3-33A

1 COLE, GEORGE PERNELL
(County)
Open 05/24/1986 (JMS ID: 00301244)
Location: B3-22A

1 FINLEY, JOHN LEWIS
(County)
Open 06/15/1962 (JMS ID: 00167810)
Location: B3-1A

1 HOGAN, SHEDRICK DECARIOS
(County)
Open 03/12/1979 (JMS ID: 00186352)
Location: B3-47A

1 MILLER, CARL EDWARD

(County)
Open 07/04/1971 (JMS ID: 00279139)  **1st**
Location: B3-52A

1 PICKETT, EDWARD CHARLES  *Health Care Appt.*
(County)
Open 01/27/1965 (JMS ID: 00182000)
Location: B3-31A

1 TUCKER, TIMARCUS VISCONNIE
(County)
Open 09/15/1984 (JMS ID: 00272472)
Location: B3-7A

1 WOODRUFF, COURTNEY
(County)
Open 04/04/1987 (JMS ID: 00254624)
Location: B3-21A

**B4**
1 BALLARD, JOHN
(County)
Open 07/19/1974 (JMS ID: 00248032)
Location: B4-14A

1 BOYKIN, WARREN DEVORRIS
(County)
Open 11/30/1961 (JMS ID: 00154749)
Location: B4-9B

1 GREGORY, JEROME
(County)
Open 12/03/1984 (JMS ID: 00229886)
Location: B4-12B

1 HINES, MITCHELL DWIGHT
(County)
Open 08/18/1965 (JMS ID: 00158604)
Location: B4-31A

1 PERKINS, TERRY L
(County)
Open 07/16/1978 (JMS ID: 00251357)
Location: B4-16B

**C1**
1 CLEMONS, CLEVELAND NATHAN
(County)
Open 09/23/1980 (JMS ID: 00198485)
Location: C1-44A

1 COLE, JASON WAYNE
(County)
Open 08/21/1981 (JMS ID: 00223076)
Location: C1-1B

1 DILDINE, ROBERT MERRIEL
(County)
Open 02/13/1964 (JMS ID: 00192894)
Location: C1-11A

1 HAMILTON, MAURICE LORENZO
(County)
Open 09/08/1981 (JMS ID: 00205218)
Location: C1-40B

1 LAY, STEVEN LYLE

(County)
Open 09/27/1962 (JMS ID: 00218340)
Location: C1-35B

**C2**
1 LYLES, CHRISTOPHER BERNARY
(County)
Open 01/02/1971 (JMS ID: 00162360)
Location: C2-3B

**C3**
1 DOSS, RAYMOND
(County)
Open 03/05/1975 (JMS ID: 00198619)
Location: C3-35B

1 FULFORD, WILLIAM NOLAND
(County)
Open 09/06/1982 (JMS ID: 00252782)
Location: C3-42A

1 PETERSON, ERIC DASHON
(County)
Open 11/20/1974 (JMS ID: 00205180)
Location: C3-43A  *Appointment Finally Made!*

**C4**
1 CAMPBELL, JUSTIN EVERETT
(County)
Open 12/14/1992 (JMS ID: 00286992)
Location: C4-49B

1 GINN, REGINALD
(County)
Open 02/04/1973 (JMS ID: 00281294)
Location: C4-37A

1 HAMM, ALEX EARL III
(County)
Open 11/13/1987 (JMS ID: 00321304)
Location: C4-11B

1 PARHAM, LACONDRE MONTE
(County)
Open 05/28/1988 (JMS ID: 00259610)
Location: C4-44B

**D1**
1 BYRD, CEDRIC CLYDE
(County)
Open 09/09/1975 (JMS ID: 00295029)
Location: D1-37A

1 MOSS, JEFFERY LEON
(County)
Open 07/31/1970 (JMS ID: 00311837)
Location: D1-35A

**D2**
1 KING, FERNANDO ARVEL
(County)
Open 06/25/1981 (JMS ID: 00243862)
Location: D2-3A

V.  **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Please see the following attached Sheet for my "RELIEF."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2021.

SIGNATURE

ADDRESS 565 Bibb Lane
Brent, AL 35034
Bibb Correctional Facility
AIS # 205180

5

# "RELIEF"

Pretaining to Mrs. Raven Brooks and Mr. Jonathan Williams there should be Punitive Criminal Charges held against them both for Failing to uphold their Sworn-In-Duties to the A.D.O.C and to the J-3 Inmate Population due to their negative attitudes towards protecting the inmate population from Assualt, Rape, Extortion, Bribering, Black Mail, and Murder. This Court along with every other Judicial House of Authority has heard of the Murder Rate which previesly exist in Alabama Prisons mainly due to Offical negligence and or incompetence. Officers Negligence account for over 85% of those Murders and on Feb. 5, 2021 Mrs. Raven Brooks and Mr. Jonathan Williams euployed as A.D.O.C Officers both neglect their duties and I was assualted not once, But twice before the second Officer on the Officer J. Williams sprays his mase to prevent yet another an thrid assualt on me and they cared not that not one, but two Officers were present. They didn't detour their actions none-the-less 3 atteups with two sucessful causing multiple injuries to me only. right in front of the two on duty Officers who did not interject to reuove me from an Clear-And-Present Danger and I sustained injuries which brings my Relief request to not only Punitive Charges but also that I get Monetary Compensation for the physical damages I got.

The injuries are; Damage to my Right Eye which has permanently blurred my vision now needing Corrective EyeWear just to see my hand in front of my face. My Ribs were bruised on the left side front and back Spinal Pain in Center of Back Still, (No Medical Attention As Of This Day); My nose was burst and Bleeding (No Medical Attention); My Right Shoulder was injured and X-Rayed along with my Jaw being X-Rayed (No Medical Attention) (No Results From 2-2021 X-Rays); Also there were injuries to both legs all of which are cited in my "Statment-Of-Claim".

Therefore the plaintiff is also seeking monetary damages in the sum of $200,000.00 for injuries sustained (None Life Threatening) because of the negligence of Mrs. Raven Brooks (Officer Brooks) and Mr. Jonathan Williams (Officer Williams).

Two Assualts left the plaintiff with some irreversable conditions one being an Blurred Vision (Needing Corrective Eye); Shoulder Hurt (Unable to use right arm: No More Weight Lifting/Competing, No More Body building, No More Sports (Baseball-Basketball-Tennis) I still run and jog

5 "A"

my legs are well enough they were only bruised not broken in the two assualts that ocurred on 2-5-21 around 9:00 A.M. My Right Shoulder has been Comperwised and at 46-Years-Old it's not healing rapidly as it would've if I was 16-Years-Old. Catch with my Grandson (6-Years-Old) will prove to be a challenge with my Shoulder injury. Work as-well, I'm an AWS Certified thats (American Welders Society Certified) now upon release next March or February 2022 I might have to change careers because theres heavy lifting and straneous style work in Welding Ships (I'm an ShipBuilder "Welder"). I might be placed on light duty or not even hired unable to pre from my normal duties effectively. Therefore these injuries sustained in the two assualts were not life or death threatening but they still has an hazard in my physical condition now limiting my abilities that use to have No Limits. Seeking $200,000.00 in Damages.

5 "B"